IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KATHERINE A. SWAN                                                      PLAINTIFF

v.                                      Case No. 1:18-cv-1035

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 22, 2018, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 12). Judge Bryant recommends that the Court dismiss Plaintiff Katherine A. Swan's

case without prejudice for failure to pay the filing fee.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation (ECF No. 12) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED**

**WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge